**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7944**

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

JAMAL MITCHELL, a/k/a Boo,

          Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (1:02-cr-00025-JCC-1)

Submitted:  April 23, 2009        Decided:  April 30, 2009

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jamal Mitchell, Appellant Pro Se. Thomas More Hollenhorst,
Assistant United States Attorney, Alexandria, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamal Mitchell appeals the district court's order denying his motion for the return of property, pursuant to Fed. R. Crim. P. 41(g). We review the denial of a Rule 41(g) motion for return of property for an abuse of discretion. United States v. Chambers, 192 F.3d 374, 376 (3d Cir. 1999). We have reviewed the record and find no abuse of discretion. Accordingly, we deny Mitchell's motion for substantive relief and affirm for the reasons stated by the district court. See United States v. Mitchell, No. 1:02-cr-00025-JCC-1 (E.D. Va. Aug. 20, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED